# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

__Vhellie Lauvren Gonzales__ , Plaintiff

v.

__Army Police Officer - Nate Brown.__

__Cooper and Turner, Inc.__ ,

__Chief Army Office - Florentino Velasquez__

__Mr. Tolkhill, Vestas - Pueblo, CO__ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials, and the last four digits of a financial account number.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Khellie L. Gonzales – 1123 Topaz Place Pueblo, CO. 81004
(Name and complete mailing address)

(719)744-8718, Kelliegonzales1981@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Nate Brown – 45825 CO State Highway 96 East
(Name and complete mailing address) Pueblo, CO. 81006

(719)549-4111    www.cma.army.mil/pcd
(Telephone number and e-mail address if known)

Defendant 2: Cooper and Turner – 45825 CO State Highway 96 East
(Name and complete mailing address) Pueblo, CO. 81006

(720)458-8030    www.cma.army.mil/pad
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

_____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

_____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

X Other: *(please specify)* Civil Rights of 1991, Freedom of Information Act

2

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Civil right of 1991</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire          ____ different terms and conditions of employment

____ failure to promote       ____ failure to accommodate disability

__X__ termination of employment    ____ retaliation

__X__ other: (*please specify*) <u>had 6 warrants placed for my arrest on 11/23/2019 while arriving to guard shack w/ base clearance</u>

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race      __X__ religion     ____ national origin     ____ age

____ color     ____ sex          ____ disability

Supporting facts: I had worked through a temp. to hire - Elwood Staffing while temporarily at Vestas. I had never been cut from a temp. agency, always converted. So, Cooper and Turner is a company that does the base plat-form for wind turbines and industrious rebar. I showed up one day and had these 6 warrants placed for my arrest. There was a snow storm on 11/23/2019 so, nothing came from these accusations but it was authorized by the Army Police Officer - Nate Brown @ the Army Chemical Depot. I felt harrassed by this matter b/c my last felony charge or warrant was Dec. 15th '2007 and I would not have access to arrive on base with active warrants.

CLAIM TWO: Had a "threat" to my phone and family

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire          ____ different terms and conditions of employment

____ failure to promote       ____ failure to accommodate disability

____ termination of employment   X retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          X religion          ____ national origin          ____ age

____ color          ____ sex          ____ disability

Supporting facts: The Company I worked for knew I was a Christian. And being a date that was close to Thanksgiving and being a sole provider and single-Mother, they placed warrants through this data base system. At one point while working for Vestas and speaking with Mr. Tolkhill about a possibly Intellectual Property that would help in their domain of industry to help in devestations like earthquakes to repower cities when power goes down from natural devestations. I encouraged a "suggestion" with their technology grid on a more "NEW AGE" process from the old school Holland patent, to fuel cities like Dubi that are solely ran on a timed, electrical grid. A water turbine with big fan blades and solar panels to reflect off the water, electric components housed by a "new age light-house" and an "earth-birmed" power-meter to house this electrical power in case a natural disaster hit some of these MAN-MADE islands is Dubi. There sales Headquarters is in Portland, Oregon. I recieved retaliation for this later in trying to encourage an I.P., if a patent was stolen

**Click Here for Additional Claim**

4

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☐ Yes (*You must attach a copy of the administrative charge to this complaint*)

☒ No – I was trying to be an assett and "light" to my employer

Have you received a notice of right to sue? (*check one*)

☐ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

☒ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* A prayer for relief for freedom of religion, that is honored, also that Governing entities in the 10th Constitutional Law would be honored in this as well and "shielded" by good faith.

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Hollie Gonzales*
(Plaintiff's signature)

_____
(Date)

(Revised December 2017)

5